[No. 5733.]

CANON ET AL v. THERIEN.

**Bill of Exceptions—Where Necessary**—The order of an inferior court denying a motion to vacate a judgment, which was supported and opposed by affidavit, will not be reviewed in the absence of a bill of exceptions.

*Error to Hinsdale County Court*—Hon. JOHN UGLOW, Judge.

Mr. C. F. CASWELL, and Messrs. GOUDY & TWITCHELL, for plaintiff in error.

Mr. HUGO SELIG, and Mr. DEXTER T. SAPP, for defendant in error.

CHIEF JUSTICE STEELE delivered the opinion of the court:

The action was begun in the county court of Hinsdale county. After service of summons, and before time for answer, defendant Lumsden filed a motion, supported by affidavit, to change the place of trial. The motion was denied. Thereafter the defendant Lumsden voluntarily appeared and went to trial, without objection. The other defendants entered a general appearance by filing a demurrer to

the complaint, and afterwards filed an answer.   Up-on.the trial, the court rendered judgment against the defendants.   The defendants appealed to the district court.   The district court dismissed the appeal, and the cause was remanded to the county court.   There-after the defendants, except J. J. Lumsden, filed in the county court a motion to set aside the judgment rendered against them.   The motion was supported by affidavit, and resisted by counter-affidavits.   The motion to set aside the judgment was denied.   The cause is brought here for review by writ of error.

There is no bill of exceptions.   Upon the author-ity of *Phoenix Indemnity Co. v. Greger*, 39 Colo. 193, the judgment must be affirmed as to all the defend-ants.                                    *Affirmed.*

Mr. Justice Gabbert and Mr. Justice Hill con-cur.